UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE:  Case No.: 06-30651
VIRGIL JAMES ATES  Chapter 7
KAREN ANN ATES  Hon. Daniel S. Opperman

                                                Debtor(s).
_____/

**NOTICE OF DIVIDEND**
**LESS THAN $5.00**

TO THE CLERK OF THE COURT:

      The attached check in the amount of $3.61 represents the total sum of dividends less than $5.00 in this Estate, and is paid to the U.S. Bankruptcy Court. The name and address of the parties entitled to these dividends are as follows:

| Creditor Name/Address | Claim No.: | Amount of Dividend |
|---|---|---|
| Capital Recovery One<br>#xxx6972<br>25 SE 2nd Avenue<br>Suite 1120<br>Miami, FL 33131 | 7 | $3.61 |

Dated: 2/25/10

                                                /s/ Collene K. Corcoran, Trustee
                                               Collene K. Corcoran, Trustee
                                               PO Box 535
                                               Oxford, MI 48371
                                               (248) 969-9300
                                               ccorcoran@epiqtrustee.com